

Glen G. McGorty
GMcGorty@crowell.com
(212) 895-4246 direct



Crowell & Moring LLP
590 Madison Avenue
20th Floor
New York, NY 10022
+1.212.223.4000 main
+1.212.223.4134 fax

May 16, 2022

**DELIVER VIA ECF**

The Honorable Lewis A. Kaplan
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: **United States v. Ofer Abarbanel**
     **21 Cr. 532 (LAK)**

Dear Judge Kaplan:

We represent Ofer Abarbanel in the above-referenced matter. At the pre-trial conference last month, the Court scheduled the trial in this matter for January 3, 2023, and an accompanying motions schedule, with defense motions due on June 6, 2022, Government response due on June 27, 2022, defendant's reply due on July 6, 2022, and oral argument/pre-trial conference on July 13, 2022. For the reasons set forth below, we write to respectfully request a brief adjournment of the motions deadlines.

As the Court is aware, the parties have been engaged in meaningful discussions concerning a disposition of this matter. Those conversations are ongoing. Indeed, as recently as May 10, 2022, the parties met and we raised with the Government certain arguments about the case and presented the Government with a proposal that could completely resolve this matter prior to motions practice and trial. As a result of that lengthy discussion, the Government requested a written submission from the defense detailing the evidence and facts supporting the issues raised during our meetings. Given the importance of this submission to the entirety of Mr. Abarbanel's case, the defense respectfully requests a brief adjournment of the motions schedule as outlined below to allow us to devote our resources to the memorandum in support of our proposed disposition. The Government consents to this adjournment. The parties <u>do not</u> seek an adjournment of the January trial date, but rather only the internal motions deadlines.

For these reasons, if the case proceeds after the Government reviews the defense's submission, we respectfully request that defense motions be due on July 6, 2022; Government response due on July 27, 2022; defendant's reply due on August 5, 2022, and oral argument/pre-trial conference on a date/time convenient for the Court during the week of August 8, 2022 or thereafter. Time has already been excluded under the Speedy Trial Act through the trial date of January 3, 2023. We believe that this proposal is in the best interest of both Mr. Abarbanel and the Government, and the Court and the public.

**۞ Crowell**

The Honorable Lewis A. Kaplan
May 16, 2022

Should the Court require any additional information please do not hesitate to contact the undersigned at Your Honor's convenience.

Respectfully submitted,

Glen G. McGorty

Cc:   AUSA Christopher Clore
      Southern District of New York

Granted

SO ORDERED

LEWIS A. KAPLAN, USDJ
5/19/22