

# Memo Endorsed

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/2/22
```

Glen G. McGorty
GMcGorty@crowell.com
(212) 895-4246 direct

Crowell & Moring
590 Madison Ave
20th Floor
New York, NY 10022
+1.212.223.4000 main
+1.212.223.4134 fax

June 28, 2022

**DELIVER VIA ECF/EMAIL**

The Honorable Lewis A. Kaplan
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   **United States v. Ofer Abarbanel**
      **21 Cr. 532 (LAK)**

Dear Judge Kaplan:

We represent Ofer Abarbanel in the above-referenced matter. As the Court is aware, the parties have been engaged in meaningful discussions concerning a disposition of this matter. Those conversations are ongoing. On June 8, 2022, at the request of the Government, the defense provided a written submission from the defense detailing the evidence and facts supporting its request for a dispositive resolution to the pending charges. Yesterday, we were advised that the Government continues to evaluate our request but needs additional time before it can reach a decision.

Given the importance of this submission to the entirety of Mr. Abarbanel's case, the defense respectfully requests a brief adjournment of the motions schedule as outlined below to allow the Government time to reach its conclusion. The Government consents to this adjournment. The parties do not seek an adjournment of the January trial date, but rather only the internal motions deadlines.

For these reasons, if the case proceeds after the Government reviews the defense's submission, we respectfully request that defense motions be due on August 8, 2022; Government response due on August 29, 2022; defendant's reply due on September 8, 2022; and oral argument/pre-trial conference on a date/time convenient for the Court during the week of September 12, 2022, or thereafter. Time has already been excluded under the Speedy Trial Act through the trial date of January 3, 2023. We believe that this proposal is in the best interest of both Mr. Abarbanel and the Government, and the Court and the public. Should the Court require any additional information please do not hesitate to contact the undersigned at Your Honor's convenience.

Respectfully submitted,

Glen G. McGorty

cc:   AUSA Christopher Clore, SDNY

crowell.com

*Handwritten endorsement:*
Defense motions due 8/1/22
Gov't response due 8/23/22
Defense reply due 9/1/22
Arg/pretrial conf. 9/8/22 at 10:30 am

SO ORDERED
/s/ Lewis A. Kaplan
LEWIS A. KAPLAN, USDJ
7/2/22