

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

# MEMO ENDORSED

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

August 22, 2022

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  8/23/2022
```

**BY ECF**
The Honorable Lewis A. Kaplan
United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

    Re:    *United States v. Ofer Abarbanel*, 21 Cr. 532 (LAK)

Dear Judge Kaplan:

    On Friday afternoon defendant Ofer Abarbanel indicated through counsel that he intends to accept a plea offer to resolve the above-referenced case.  The Government understands from the Court's courtroom deputy that the Court refers this plea to magistrate court.  Due to unavoidable constraints in defense counsel's schedule in the next two weeks and the need for the defendant to travel from California for the plea, the parties intend to schedule a plea hearing in magistrate court for the week of September 6, 2022.

    Accordingly, the Government respectfully requests that the Court hold in abeyance the presently applicable motion and oral argument schedule[1] for a period of three weeks to allow the defendant to enter a guilty plea.  Defense counsel consents to this request.

**Granted.**

**SO ORDERED.**

/s/ Lewis A. Kaplan (mab)
**Hon. Lewis A. Kaplan, U.S.D.J.**

**Dated: August 23, 2022**

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By:    /s/                      
Allison Nichols / Christopher Clore
Assistant United States Attorney
Southern District of New York
Tel: (212) 637-2366 / 1063

Cc:    Glen McGorty, Esq.,
         Counsel to Ofer Aberbanel (by ECF)

---

[1] The Government's opposition to the defendant's pretrial motions would otherwise be due today.