```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/31/22
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA,            :

    - v -                              :      ORDER
                                                                                                 21-cr-532 (LAK)
OFER ABARBANEL,                      :

         Defendant.            :

- - - - - - - - - - - - - - - - - x

        LEWIS A. KAPLAN, U.S.D.J.

        WHEREAS defendant OFER ABARBANEL has indicated his intent to enter a plea of guilty in this matter and has requested that his guilty plea be taken remotely by videoconference or by teleconference, if videoconference is not reasonably available;

        WHEREAS the Court has referred to the Magistrate Judge on duty the change-of-plea proceeding for defendant OFER ABARBANEL;

        WHEREAS the ongoing COVID-19 pandemic necessitates that the change-of-plea hearing in this case take place remotely;

        WHEREAS the CARES Act and findings made by the Judicial Conference of the United States and Chief Judge Laura Taylor Swain of the Southern District of New York allow for guilty pleas to be taken by teleconference or videoconference,

subject to certain findings made by the District Judge;

WHEREAS the Court understands that the Magistrate Judge on duty may hear the defendant's plea by telephone because videoconference may not be reasonably available;

THE COURT HEREBY FINDS that, for the reasons set forth in the parties' joint application dated August 30, 2022, the change-of-plea hearing in this case cannot be further delayed without serious harm to the interests of justice and may proceed remotely by videoconference or teleconference.

Dated:   New York, New York
         August 30, 2022

SO ORDERED:

_____
HONORABLE LEWIS A. KAPLAN
United States District Judge
Southern District of New York