UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- X

UNITED STATES OF AMERICA

    -v.-

OFER ABARBANEL,

    Defendant.

------------------------------------- X

**FINAL ORDER OF FORFEITURE**

S1 21 Cr. 532 (LAK)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10-7-25

WHEREAS, on or about May 17, 2023, this Court entered a Consent Preliminary Order of Forfeiture as to Specific Property/Money Judgment (the "Preliminary Order of Forfeiture") (D.E. 72), which ordered the forfeiture to the United States of all right, title and interest of OFER ABARBANEL (the "Defendant"), *inter alia*, in all funds on deposit in the following accounts:

    a.    Account number 483054402284, held in the name of Institutional Secured Credit LLC, at Bank of America, N.A. (the "BOA Account-1");

    b.    Account number 23603705, held in the name of Institutional Secured Credit LLC, at Preferred Bank (the "ISC Account");

    c.    Account number 23004088, held in the name of Global EMEA Holdings LLC, at Preferred Bank (the "EMEA Account");

    d.    Account number U1335358, held in the name of Institutional Secured Credit LLC, at Interactive Brokers LLC (the "IB Account"; and

    e.    Account number 483054402297, held in the name of Institutional Secured Credit LLC, at Bank of America, N.A. ("BOA Account-2")

(a. through e., the "Specific Property");

WHEREAS, the Preliminary Order of Forfeiture directed the United States to publish, for at least thirty (30) consecutive days, notice of the Preliminary Order of Forfeiture,

notice of the United States' intent to dispose of the Specific Property, and the requirement that any person asserting a legal interest in the Specific Property must file a petition with the Court in accordance with the requirements of Title 21, United States Code, Sections 853(n)(2) and (3). Pursuant to Section 853(n), the United States could, to the extent practicable, provide direct written notice to any person known to have an alleged interest in the Specific Property and as a substitute for published notice as to those persons so notified;

WHEREAS, on or about August 28, 2024, the Government seized $300.20 formerly on deposit in the BOA Account-1 (the "BOA Account-1 Funds");

WHEREAS, on or about August 28, 2024, the Government seized $57,890.35 formerly on deposit in BOA Account-2 (the "BOA Account-2 Funds");

WHEREAS, on or about October 25, 2024, the Government seized $2,062.55 formerly on deposit in the ISC Account (the "ISC Account Funds").

WHEREAS, on or about October 25, 2024, the Government seized $2,070.68 formerly on deposit in EMEA Account (the "EMEA Account Funds").

WHEREAS, on or about November 26, 2025, the Government seized $20,901.18 formerly on deposit in the IB Account (the "IB Account Funds", collectively with the BOA Account-1 Funds, BOA Account-2 Funds, ISC Account Funds, EMEA Account Funds, the "Seized Funds" ).

WHEREAS, the provisions of Title 21, United State Code, Section 853(n)(1), Rule 32.2(b)(6) of the Federal Rules of Criminal Procedure, and Rules G(4)(a)(iv)(C) and G(5)(a)(ii) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, require publication of a notice of forfeiture and of the Government's intent to dispose of the Seized Funds before the United States can have clear title to the Seized Funds;

WHEREAS, the Notice of Forfeiture and the intent of the United States to dispose of the Seized Funds was posted on an official government internet site (www.forfeiture.gov) beginning on June 7, 2025 for thirty (30) consecutive days, through July 6, 2025 pursuant to Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty and Maritime Claims and Asset Forfeiture Actions and proof of such publication was filed with the Clerk of the Court on October 7, 2025 (D.E. 82);

WHEREAS, on or about September 24, 2024, notice of the Preliminary Order of Forfeiture was sent by certified mail, return receipt requested, to:

>CLO Market Neutral LLC
>1489 West Warm Springs Rd, Suite 110
>Henderson, NV 89014
>Attn: Andrew Walker/Ofer Abarbanel
>
>CLO Market Neutral LLC
>U.S. Bank Tower
>633 West Fifth Street, 26th Floor
>Los Angeles, CA 90071
>Attn: Robert K. Lu, Esq.
>
>Global EMEA Holdings LLC
>57 West 57th Street, Suite 407
>New York, NY 10019
>Attn: Victor M. Feraru, Esq.
>
>Global EMEA Holdings LLC
>5550 Painted Mirage Road, Suite 320
>Las Vegas, NV 89149
>Attn: Ofer Abarbanel
>
>Global EMEA Holdings LLC
>9550 S Eastern Ave, Suite 253
>Las Vegas, NV 89123
>Attn: Andrew Walker/Ofer Abarbanel
>
>Institutional Secured Credit LLC
>5550 Painted Mirage Road, Suite 320
>Las Vegas, NV 89149

Attn: Ofer Abarbanel

(collectively, the "Noticed Parties");

WHEREAS, thirty (30) days have expired since final publication of the Notice of Forfeiture and no petitions or claims to contest the forfeiture of the Seized Funds have been filed;

WHEREAS, the Defendant and the Noticed Parties are the only persons and/or entities known by the Government to have a potential interest the Seized Funds; and

WHEREAS, pursuant to Title 21, United States Code, Section 853(n)(7), the United States shall have clear title to any forfeited property if no petitions for a hearing to contest the forfeiture have been filed within thirty (30) days of final publication of notice of forfeiture as set forth in Title 21, United States Code, Section 853(n)(2);

NOW, THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED THAT:

1. All right, title and interest in the Seized Funds is hereby forfeited and vested in the United States of America, and shall be disposed of according to law.

2. Pursuant to Title 21, United States Code, Section 853(n)(7) the United States of America shall and is hereby deemed to have clear title to the Seized Funds.

3. The United States Marshals Service (or its designee) shall take possession of the Seized Funds and dispose of the same according to law, in accordance with Title 21, United States Code, Section 853(h).

Dated: New York, New York
       Oct 7, 2025

SO ORDERED:

_____
HONORABLE LEWIS A. KAPLAN
UNITED STATES DISTRICT JUDGE